**Order filed September 11, 2012**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-12-00487-CV

_____

**MATTHEW R. PHILLIPS, Appellant**

**V.**

**DISCOVER BANK, Appellee**

On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1005673

## O R D E R

Appellant's brief was due August 2, 2012**.** No brief or motion for extension of time has been filed.

Unless appellant files his brief with the clerk of this court on or before **October 2, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM